IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:04-CR-5356 AWI |
| Plaintiff, | |
| vs. | PROPOSED ORDER TO RETURN PASSPORTS OF SURINDER SINGH NIJJAR |
| SURINDER SINGH NIJJAR, | |
| Defendant. | |

This case against Surinder Singh Nijjar, having been concluded, it is hereby:

ORDERED that the passports of Surinder Singh Nijjar, #055340485 and #454175879, be returned to Mr. Nijjar at the following address:

19171 Road 24

Madera, CA 93638

IT IS SO ORDERED.

Dated: October 7, 2011

CHIEF UNITED STATES DISTRICT JUDGE

---

- 1 -

ORDER TO RETURN PASSPORTS
CASE NO.: 1:04-CR-5356 AWI